IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| MICHELLE POGUE, | * |
| Plaintiff, | * |
| vs. | *   No. 4:15-cv-00589-SWW |
| ESA MANAGEMENT, LLC, | * |
| Defendant. | * |

## ORDER

The joint motion [doc.#12] of the parties to dismiss this action with prejudice, the parties having resolved their dispute, is hereby granted.

IT IS SO ORDERED this 29th day of June 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE